In the Matter of the Arbitration between BUFFALO PROFESSIONAL FIREFIGHTERS ASSOCIATION, INC., LOCAL 282, IAFF, AFL-CIO-CLC, Respondent, and ANTHONY MASIELLO, as Mayor of the City of Buffalo, et al., Appellants.

Submitted July 13, 2009; decided August 27, 2009

Reported below, 50 AD3d 106.

Motion by New York Public Employment Relations Board for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.